Jeremiah Kiley, Respondent, v. Metropolitan Street Railway Company, Appellant.— Order reversed, with ten dollars costs and disbursements, on authority of *Binder* v. *Metropolitan Street R. Co.* (*ante* p. 281). All concurred.

Stuart Baker, Respondent, v. Samuel Lewis, Appellant.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Henry H. Farnum, Appellant, v. Leonhard Eckle and Frederick Schweiker, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Elizabeth H. Valentine, Respondent, v. Samuel P. Blackburn and Eugene H. Morse, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Lee S. Bair, Respondent, v. Anton Hilbert, Appellant.— Motion denied.

Thomas Kirkwood, Respondent, v. Harry M. Smith, Impleaded, etc., Appellant.— Motion denied.

The People of the State of New York ex rel. Rosa Serwer v. William J. Gaynor, Justice of the Supreme Court of the State of New York.— A reference to the papers on file in the county clerk's office in the action of *Serwer* v. *Serwer* shows that the order which is the subject of criticism has been settled so as to state the grounds upon which the verdict was set aside. Under these circumstances, the application should be dismissed, without costs.

William McKinney, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

William A. C. Matthie, Appellant, v. Charles R. Arents, as General Manager, etc., for John Gibb and Others, Respondent.—Judgment affirmed, with costs, on the opinion in *Matthie* v. *Globe Fire Insurance Co.* (*ante,* p. 239). All concurred.

| 68 | 645 |
| Case 24 | |
| a174 NY 543 | |

Christian Schratwieser, Respondent, v. Brooklyn Dial Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

James D. Roman, Respondent, v. Jacob H. Shaffer, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

Julia C. Bennett, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Goodrich, P. J., dissenting.

| 68 | 645 |
| Case 27 | |
| a174 NY 542 | |

International Metal Lath Company, Appellant, v. John H. Carr, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Charles Rosenthal, Appellant, v. Michael Goodman, Respondent.— Appeal withdrawn by consent of parties.